UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| STEWART TITLE GUARANTY COMPANY, a Texas corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CREDIT SUISSE, Cayman Islands Branch,<br><br>Defendant. | Case No. 1:CV-11-00227-BLW<br><br>**ORDER** |

Pursuant to the parties' joint motion, and finding good cause therefore,

NOW THEREFORE IT IS HEREBY ORDERED, that the joint motion for extension (docket no. 44) is GRANTED, and that the due date for the service of Defendant's responses to Stewart Title's First Set of Requests for Admission of Facts and Genuineness of Documents shall extend to and include September 17, 2012.

DATED: **September 12, 2012**

B. LYNN WINMILL
Chief Judge
United States District Court

**ORDER**