UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| STEWART TITLE GUARANTY COMPANY, a Texas corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CREDIT SUISSE, Cayman Islands Branch,<br><br>Defendant. | Case No. 1:11-cv-00227-BLW<br><br>**ORDER EXTENDING ADR DEADLINE** |
| CREDIT SUISSE, Cayman Islands Branch,<br><br>Counterclaimant,<br><br>vs.<br><br>STEWART TITLE GUARANTY COMPANY, a Texas corporation,<br><br>Counterdefendant. | |

The COURT, having considered the parties' Stipulation to Extend ADR Deadline filed on October 19, 2012, and finding good cause therefore,

NOW THEREFORE IT IS HEREBY ORDERED that deadline for the parties to conduct an internal settlement conference shall be extended to December 31, 2012.

DATED: **October 26, 2012**

B. LYNN WINMILL
Chief Judge
United States District Court