UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| STEWART TITLE GUARANTY COMPANY, a Texas corporation,<br><br>Plaintiff,<br><br>v.<br><br>CREDIT SUISSE AG, Cayman Islands Branch,<br><br>Defendant. | Case No. 1:11-cv-00227-BLW<br><br>**ORDER** |
| CREDIT SUISSE AG, Cayman Islands Branch,<br><br>Counterclaim Plaintiff,<br><br>v.<br><br>STEWART TITLE GUARANTY COMPANY, a Texas corporation,<br><br>Counterclaim Defendant. | |

Pursuant to Plaintiff's Motion to Extend Deadlines, and finding good cause therefor,

NOW IT IS HEREBY ORDERED, that plaintiff's motion to extend deadlines (docket no. 140) is GRANTED.

IT IS FURTHER ORDERED, that Plaintiff Stewart Title shall respond to Defendant Credit Suisse's outstanding discovery – including the production of any responsive documents – on or before January 27, 2014, and that Plaintiff Stewart Title shall file any dispositive motion on or before January 27, 2014. The Court expresses no opinion on the pending motion to amend/correct scheduling order as the briefing on that motion has not been completed.

**Order- 1**



DATED: December 4, 2013

_____
B. Lynn Winmill
Chief Judge
United States District Court

**Order-** 2