# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| STEWART TITLE GUARANTY COMPANY, a Texas corporation, <br><br> Plaintiff, <br><br> v. <br><br> CREDIT SUISSE, Cayman Islands Branch, <br><br> Defendant. | Case No. 1:11-cv-00227-BLW <br><br> **ORDER** |

Stewart Title seeks reconsideration of the Court's decision granting partial summary judgment to Credit Suisse. *See Memorandum Decision (Dkt. No. 128).* The arguments made by Stewart Title were fully considered by the Court and will not be re-examined here. With regard to Stewart Title's argument that the Court did not fully resolve its arguments under Idaho Code § 41-1811, the Court addressed each and every argument made by counsel in their briefing. In a detailed discussion, the Court found no misrepresentations and thus found the statute inapplicable. Nothing remains to be decided on this issue. Accordingly,

NOW THEREFORE IT IS HEREBY ORDERED, that the motion to reconsider (docket no. 137) is DENIED.



DATED: September 29, 2014

_____
B. Lynn Winmill
Chief Judge
United States District Court