# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| STEWART TITLE GUARANTY COMPANY, a Texas corporation,<br><br>Plaintiff,<br><br>v.<br><br>CREDIT SUISSE, Cayman Islands Branch,<br><br>Defendant. | Case No. 1:11-cv-00227-BLW<br><br>**MEMORANDUM DECISION AND ORDER** |

## MEMORANDUM DECISION

The Court's Law Clerk held a conference with counsel on November 17, 2014, to mediate a dispute that arose over the production of documents associated with the three depositions discussed in the Court's recent decision (docket no. 226). After considering the arguments of counsel, the Court has decided to direct counsel to move the deposition of Ms. Kane to Friday, November 21, 2014, to buy a few more days for Credit Suisse to produce the documents necessary for that deposition. Credit Suisse shall produce by noon on Thursday November 20, 2014, all the documents it can obtain by diligent efforts. The Court recognizes that Credit Suisse will continue to search for additional documents, raising the possibility that later-acquired documents might require another deposition, but that is an issue for another day. The Court recognizes that moving the deposition will cause inconvenience to Ms. Kane, but it would be equally inconvenient to delay the

depositions when some counsel are already in New York. Moreover, the Court is not inclined to approve further delays in a case already unduly delayed.

The direction set forth in this Order is subject to change if counsel reach an agreement among themselves. In the absence of any such agreement, this Order will govern.

## ORDER

In accordance with the Memorandum Decision set forth above,

NOW THEREFORE IT IS HEREBY ORDERED, that the deposition of Ms. Kane shall be moved to Friday November 21, 2014.

IT IS FURTHER ORDERED, that Credit Suisse shall produce by noon on Thursday November 20, 2014, all the documents it can obtain by diligent efforts.

DATED: November 18, 2014

_____
B. Lynn Winmill
Chief Judge
United States District Court